UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BETH O'BRIEN, | ) | Civil Action No. 09-CV-628 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

ORDER ON MOTION FOR AWARD OF  § 406(b) FEES

Upon consideration of Plaintiff's Motion for Award of § 406(b) fees.

IT IS HEREBY ORDERED that pursuant to 42 U.S.C. § 406(b), Plaintiff's Attorney is authorized to collect attorney's fees in the amount of three thousand, six hundred and ninety dollars and twenty-five cents. ($3,690.25).

IT IS FURTHER ORDERED that Plaintiff's counsel remit to Plaintiff the amount of $608.50, representing attorney's fees previously awarded to him under Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED this 5th day of March, 2013.


/s/ George Z. Singal
George Z. Singal
U.S. District Judge